UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KURTIS MONSCHKE,<br><br>                    Petitioner,<br><br>    v.<br><br>JAMES N. CROSS and ELDON VAIL,<br><br>                    Respondents. | No. C11-5276 RBL/KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation, Petitioner's application to proceed *in forma pauperis* and the remaining record, hereby finds and **ORDERS**:

(1) The Magistrate Judge's Report and Recommendation is approved and adopted.

(2) Petitioner's application to proceed *in forma pauperis* (ECF No. 2) is **DENIED**.

(3) The Clerk is directed to send directed to send copies of this Order to Petitioner and counsel for Respondent.

DATED this 13th day of May, 2011.

*/s/ Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1