UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KURTIS MONSCHKE,

     Petitioner,

 v.

JAMES N. CROSS and ELDON VAIL,

     Respondents.

NO. C11-5276/KLS

ORDER GRANTING
PETITIONER'S MOTION TO STAY

  Before the court is Petitioner's motion to stay his federal habeas proceedings pending conclusion of the pending state court proceedings. ECF No. 4. Respondents do not object to Petitioner's motion. ECF No. 15. Having reviewed the motion, response, and balance of the record, the undersigned finds that it is proper to stay these proceedings until Mr. Monschke's state court proceedings have been completely adjudicated.

## BACKGROUND

  Mr. Monschke filed a habeas corpus petition in this Court on April 12, 2011, in which he challenges his state court convictions. ECF No. 1. On the same day, Mr. Monschke filed a motion to stay and abey his habeas proceedings. ECF No. 4. Mr. Monschke seeks a stay until his state court proceedings are concluded. On April 16, 2011, his counsel filed a motion for

ORDER  1

discretionary review in the Washington Supreme Court in Case No. 85829-2.  That motion is still pending.

### DISCUSSION

The court may stay a petition where the stay would be a proper exercise of discretion. *Rhines v. Weber*, 125 S. Ct. 1528, 1534 (2005); *see also Fetterly v. Paskett*, 997 F.2d 1295 (9th Cir. 1993); *Calderon v. United States Dist. Court (Thomas)*, 144 F.3d 618, 620 (9th Cir. 1998); *Anthony v. Cambra*, 236 F.3d 568 (9th Cir. 2000).

The court agrees that a stay of this federal habeas proceeding is the appropriate course of action and that neither party shall be prejudiced by such a stay.   The stay shall remain in place until such time as Mr. Monschke notifies this court and the Respondent in writing that the pending state court proceedings are completed.  Once the pending state court proceedings are completed, Respondent shall have 45 days to file his answer to Mr. Monschke's habeas petition from the date of the court's Order dissolving the stay.

Accordingly, it is **ORDERED:**

(1) Petitioner's motion for a stay (ECF No. 4) is **GRANTED** and this matter is **STAYED** pending resolution of the state court proceedings.

(2) Petitioner shall advise the Court within **thirty (30)** days of receiving a final State court ruling.

DATED this  23rd   day of May, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER                                                                 2