1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

KURTIS MONSCHKE,

8
                                        Petitioner,

9
            v.

10
JAMES N. CROSS and ELDON VAIL,

11
                                        Respondents.

NO. C11-5276 RBL/KLS

ORDER GRANTING
PETITIONER'S MOTION TO LIFT
STAY OF HABEAS PETITION

12          Before the Court is Petitioner's motion to lift the stay of this habeas proceeding.  ECF

13   No. 22.  Respondent filed a notice that Petitioner has exhausted his state court matters and

14   agrees that the stay can be lifted.  ECF No. 23.

15          Accordingly, it is **ORDERED:**

16

17          (1)     Petitioner's motion to lift the stay (ECF No. 22) is **GRANTED.**  Respondent

18   shall file an answer and relevant state court record **on or before January 16, 2012.**  The

19   supplemental answer will be treated in accordance with Local Rule CR 7.  Accordingly, upon

20   receipt of the supplemental answer, the Clerk will note the matter for consideration on the

21   fourth Friday after the answer is filed, Petitioner may file and serve a response not later than on

22   the Monday immediately preceding the Friday appointed for consideration of the matter, and

23   Respondent may file and serve a reply brief not later than the Friday designated for

24   consideration of the matter.

25

26

ORDER                                1

1

       (2)     The Clerk shall send a copy of this Order to Petitioner and counsel for

2

Respondent.

3

4

      **DATED** this  30th   day of November, 2011.

5

6

                               Karen L. Strombom

7

                               United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26