UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KURTIS MONSCHKE,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>JAMES N. CROSS and ELDON VAIL,<br><br>　　　　　　　Respondents. | NO. C11-5276 RBL/KLS<br><br>ORDER GRANTING PETITIONER'S MOTION TO LIFT STAY OF HABEAS PETITION |

Before the Court is Petitioner's motion to lift the stay of this habeas proceeding. ECF No. 22. Respondent filed a notice that Petitioner has exhausted his state court matters and agrees that the stay can be lifted. ECF No. 23.

Accordingly, it is **ORDERED:**

(1)　Petitioner's motion to lift the stay (ECF No. 22) is **GRANTED.** Respondent shall file an answer and relevant state court record **on or before January 16, 2012.** The supplemental answer will be treated in accordance with Local Rule CR 7. Accordingly, upon receipt of the supplemental answer, the Clerk will note the matter for consideration on the fourth Friday after the answer is filed, Petitioner may file and serve a response not later than on the Monday immediately preceding the Friday appointed for consideration of the matter, and Respondent may file and serve a reply brief not later than the Friday designated for consideration of the matter.

ORDER　　　　　　1

(2) The Clerk shall send a copy of this Order to Petitioner and counsel for Respondent.

**DATED** this  30th  day of November, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER    2