UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KURTIS MONSCHKE,<br><br>                    Petitioner,<br><br>  v.<br><br>JAMES N. CROSS and ELDON VAIL,<br><br>                    Respondents. | No. C11-5276 RBL/KLS<br><br>ORDER DIRECTING SUBSTITUTION OF PARTY |

Kurtis Monschke has filed a habeas petition under 28 U.S.C. § 2254. ECF No. 1. He is in the legal custody of the Washington State Department of Corrections and is currently incarcerated by the United States Bureau of Prisons pursuant to an agreement between the state and federal government. ECF No. 25, at 1. He names his current custodian and the former Secretary of the Washington State Department of Corrections as Respondents. ECF No. 1.

Bernie Warner has succeeded Eldon Vail as the Secretary of the Washington State Department of Corrections. ECF No. 25, at 1. Thus, Bernie Warner should be substituted for Eldon Vail in all further proceedings in this case. Fed. R. Civ. P. 25(d).

Accordingly, the Clerk of Court is directed to substitute Bernie Warner for Eldon Vail as a Respondent in this action.

**DATED** this  7th  day of May, 2012.

                                                          Karen L. Strombom
                                                          United States Magistrate Judge

ORDER - 1